UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILES ORLANDO LEE,

        Plaintiff,        Case No. 1:12-cv-485

v.

                        Honorable Paul L. Maloney

CHARLES E. SAMUELS, JR. et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.


Dated:  July 11, 2012        /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      Chief United States District Judge